**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1487**

JAVIER DIAZ-BEY; STEPHANIE SHACKLEFORD,

Plaintiffs – Appellants,

v.

Corporal W. HILL; Sgt. MARK E. WEBB; NEWPORT NEWS POLICE
DEPARTMENT,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Raymond A. Jackson,
District Judge. (4:11-cv-00064-RAJ-FBS)

Submitted: June 16, 2011                 Decided: June 20, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Javier Diaz-Bey, Stephanie Shackleford, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javier Diaz-Bey and Stephanie Shackleford appeal the district court's order dismissing their complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) (2006) for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Diaz-Bey v. Hill, No. 4:11-cv-00064-RAJ-FBS (E.D. Va. Apr. 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED